IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GORDON E. SUSSMAN,

    Petitioner,

v.

JODINE DEPPISCH, Warden, Fox Lake Correctional Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-35-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying petitioner Gordon Sussman's petition for a writ of habeas corpus.

By: _____, Chief Deputy Clerk    10-28-09
Peter Oppeneer, Clerk of Court              Date